IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Alvin

Printed: 8/12/08

Case Number: 07 B 05532
Judge: Hollis, Pamela S
Filed: 3/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 30, 2008
Confirmed: June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,906.00 |  |
| Secured: |  | 2,685.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,009.35 |
| Trustee Fee: |  | 210.92 |
| Other Funds: |  | 0.00 |
| Totals: | 3,906.00 | 3,906.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,100.00 | 1,009.35 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HBZ, Inc. | Secured | 127.60 | 0.00 |
| 4. | Credit Acceptance Corp | Secured | 4,176.91 | 1,454.38 |
| 5. | Cook County Treasurer | Secured | 2,053.23 | 1,231.35 |
| 6. | America's Servicing Co | Secured | 16,699.90 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 3,205.54 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 2,910.98 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 1,211.75 | 0.00 |
| 10. | Jefferson Capital | Unsecured | 165.85 | 0.00 |
| 11. | Environmental & Resp Medicine | Unsecured | 178.00 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 712.71 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,351.77 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 218.70 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 7,436.24 | 0.00 |
| 16. | I C Systems Inc | Unsecured | 259.95 | 0.00 |
| 17. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 18. | Professional Account Management | Unsecured |  | No Claim Filed |
| 19. | Diversified Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,809.13 | $ 3,695.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 210.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Alvin | Case Number:  07 B 05532 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/12/08 | Filed:  3/28/07 |

_____
$ 210.92

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

